# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Madelaine Valdes Llano                Case No.: 23-13621-PDR

                                               Chapter 13

_____Debtor(s)_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 14 | Jefferson Capital Systems LLC | $3,747.96 |

Basis for Objection and Recommended Disposition

On or about July 15, 2023, Creditor filed a general unsecured proof of claim in the amount of $3,747.96 for an alleged credit card account ending in 7548. This debt is not listed on the Debtor's schedule "F", which was obtained from the Debtor's credit report. Further, this creditor has failed to attached any substantiating backup documentation to prove it's claim therefore, this claim should be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: August 6, 2023

                                    Respectfully Submitted:
                                    **JOSE A. BLANCO, P.A.**
                                    By: */s/ Jose A. Blanco*  |        FBN: 062449
                                    Attorney for Debtor(s)
                                    102 E 49th ST
                                    Hialeah, FL 33013
                                    Tel. (305) 349-3463

LF-70 (rev. 12/01/09)