United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                    Case No. 23-13621-CAP

Madelaine Valdes Llano                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                          User: admin                                   Page 1 of 1
Date Rcvd: Jun 18, 2026                   Form ID: CGFD74                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Madelaine Valdes Llano, 7729 Grandview BLVD, Miramar, FL 33023-6419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                              Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jose A Blanco | on behalf of Debtor Madelaine Valdes Llano eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |

TOTAL: 3

CGFD74 (06/01/2026)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 23–13621–CAP

Chapter: 13

**In re:**

Madelaine Valdes Llano
aka Madelaine Llano
7729 Grandview BLVD
Miramar, FL 33023

SSN: xxx–xx–0896

## NOTICE OF REQUIREMENT TO FILE LOCAL FORM "DEBTOR'S CERTIFICATE OF COMPLIANCE, MOTION FOR ISSUANCE OF DISCHARGE AND NOTICE OF DEADLINE TO OBJECT"

**PLEASE TAKE NOTICE:**  Under Local Rule 4004–3(a), upon the filing by the trustee of the Notice of Completion of Plan Payments, the debtor is required to file and serve the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" on all parties of record. The trustee filed the notice of completion of plan payments and the debtor has failed to timely file the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object."

**NOTICE IS HEREBY GIVEN THAT** the debtor must serve and file the Certificate and Motion within 30 days of the date of this notice or the above case may be closed without entry of a discharge and notice will be provided to all parties of record that the case was closed without entry of a discharge. If the debtor is appearing pro se, the clerk's office will provide notice of this Certificate and Motion to all parties of record after it has been filed with the court. If the case is closed without entry of a discharge and the debtor subsequently moves to reopen the case for the purpose of obtaining a discharge, the debtor will be required to pay a reopening fee and file the Local Form "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" and serve it (unless the debtor is pro se whereby the clerk shall provide service) as required by Local Rule 4004–3(a).

**Dated:6/18/26**

**CLERK OF COURT**
By: Luctricia V Thompson
Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor.