Certificate Number: 14424-FLS-DE-041144649

Bankruptcy Case Number: 23-13621



14424-FLS-DE-041144649

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 28, 2026, at 3:32 o'clock PM EDT, Madelaine Valdes Llano completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:    June 28, 2026                         By:      /s/Mabelyn  Ramirez

                                                Name:   Mabelyn  Ramirez

                                                Title:   Instructor